

FILED
10/9/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Megan E. Donohue (312) 353-1877

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JENNIFER PRADO-FLORES

Case No.: 25 CR 661
MARIA VALDEZ
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BENJAMIN FIERBERG, appearing before United States Magistrate Judge MARIA VALDEZ by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that JENNIFER PRADO-FLORES has been charged by Complaint in the Northern District of California with the following criminal offense: conspiracy to commit theft of interstate or foreign shipment, in violation of Title 18, United States Code, Section 371.

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

BENJAMIN FIERBERG
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 9th day of October, 2025.

MARIA VALDEZ
United States Magistrate Judge

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Johnathan Alexander CHAMORRO, Galo Horacio CHAMORRO, Jennifer PRADO-FLORES, Joao Jose CHAMORRO, Cheney Libanez BRAVO and Cristian Mendoza-VALENCIA | ) ) ) ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 4, 2025 _____ in the county of _____ Alameda _____ in the _____ Northern _____ District of _____ California _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit theft of interstate or foreign shipment; Unlawful for any person to steal property valued at $1,000 or more from a shipment in interstate or foreign commerce with the intent to convert the property to his own use. |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Benjamin Fierberg

☑ Continued on the attached sheet.

_____ */s/ Benjamin Fierberg* _____
*Complainant's signature*

Benjamin Fierberg, FBI Special Agent
*Printed name and title*

Approved as to form _____ */s/ Sophia Cooper* _____
AUSA Sophia Cooper

Sworn to before me by telephone.

Date: _____ 10/08/2025 _____

_____ *Judge's signature* _____

City and state: _____ Oakland, CA _____      Hon. Donna M. Ryu, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Benjamin Fierberg, Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, do declare and state the following:

## INTRODUCTION

1.      I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Johnathan Alexander **CHAMORRO**, Galo Horacio **CHAMORRO**, Jennifer **PRADO-FLORES,** also known as Jennifer **CHAMORRO**, Joao Jose **CHAMORRO**, Cheney Libanez **BRAVO** and Cristian **MENDOZA-VALENCIA** (collectively, the **"TARGET PERSONS"**) with a violation of 18 U.S.C. § 371, conspiracy to commit theft of interstate or foreign shipment ("Target Offense"), for conduct beginning at least as early as August 4, 2025, in the Northern District of California and continuing until at least October 8, 2025, in the Northern District of Illinois.

## SOURCES OF INFORMATION

2.      Because this Affidavit is submitted for the limited purpose of obtaining a criminal complaint and arrest warrants for the **TARGET PERSONS**, I have not included each and every fact known to me about this case.  Rather, I have set forth only the facts that I believe are necessary to establish probable cause that the violations of the federal law identified above have occurred.

3.      I have based my statements in this affidavit on my training and experience, my personal knowledge of the facts and circumstances obtained through my participation in this investigation, interviews with witnesses, information obtained from other law enforcement officers, information provided by reports prepared by other agents and law enforcement officers,

1

information provided by records and databases, and my review of records relating to this

investigation, all of which I believe to be reliable. As the investigation continues, my

understanding of the events described herein may change and evolve depending on additional

information learned about the facts and circumstances.

4.　　　Where statements made by other individuals (including other law enforcement

officers and witnesses) are referenced in this affidavit, such statements are described in sum and

substance and in relevant part. Similarly, where information contained in reports and other

documents or records are referenced in this affidavit, such information is also described in sum

and substance and in relevant part.

**AFFIANT BACKGROUND**

5.　　　I am a Special Agent with the Federal Bureau of Investigation assigned to the San

Francisco Division Organized Crime squad. I have been employed by the FBI as a Special

Agent since 2017. I am responsible for investigating criminal threats related to, among other

things, violations concerning fraud, money laundering, drug trafficking, stolen goods trafficking,

and racketeering.

6.　　　Prior to becoming an FBI Special Agent, I was a Special Agent with the U.S.

State Department from 2010 to 2017. During that time, my duties included conducting passport

fraud investigations, dignitary protection assignments and securing U.S. facilities overseas.

7.　　　I am a graduate of the FBI's New Agent Training program, the Federal Law

Enforcement Training Center's Criminal Investigator Training Program, and the U.S. State

Department's Basic Special Agent Course. As a result of these training programs, I received

training on various law enforcement techniques including evidence collection, interviewing

witnesses and victims, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I also have training and experience related to federal financial crimes, including identity theft, wire fraud, and access device fraud. I have participated in the execution of numerous federal search warrants.

8.     Through my training and experience, I have become familiar with the methods used by people who commit offenses related to organized crime, including crimes related to fraud, drug trafficking, theft and other offenses.

9.     While acting in my official capacity, I am authorized to investigate violations of the laws of the United States. I have attended law enforcement trainings and have worked with other experienced law enforcement personnel who investigate and/or participate in investigations of organized crime activity, including conducting surveillance, executing search warrants, and reviewing digital evidence containing numerous examples of offenses involving identity theft, bank fraud, and money laundering. I have participated in numerous criminal and national security investigations to include the execution of search and arrest warrants

## APPLICABLE STATUTES

10.     Pursuant to 18 U.S.C. § 371, it is unlawful for two or more persons to conspire to either commit any offense against the United States, or to defraud the United States, or any agency thereof in any manner or for any purpose.

11.     Pursuant to 18 U.S.C. § 659, it is unlawful for any person to steal property valued at $1,000 or more from a shipment in interstate or foreign commerce with the intent to convert the property to his own use.

### FACTS SUPPORTING PROBABLE CAUSE

#### Background of Investigation

3

12.     Multiple law enforcement agencies have investigated a series of high-value cargo thefts targeting electronics and computer components across California and neighboring states. These thefts, attributed to, among others, Johnathan CHAMORRO **("JOHNATHAN"),** Joao CHAMORRO **("JOAO")** and Galo CHAMARRO **("GALO")**, three of the **TARGET PERSONS**,  have resulted in losses estimated to be in the millions. The stolen goods include products from electronic manufacturers, which are manufactured internationally and imported through California ports before distribution to various warehouses and retail centers.

### August 4, 2025, Fremont, CA Robbery

13.     On or about August 3, 2025, Fremont Police Department (FPD) and California Highway Patrol (CHP) were notified by Fontana Police Department that a vehicle suspected of being involved in the cargo theft group was heading northbound from the greater Los Angeles, California area to the Bay Area. The vehicle was a Mercedes Benz Metris cargo van, bearing California license plate 14866C4 (VEHICLE 1).

14.     On the morning of August 4, 2025, CHP conducted surveillance at a private house in Union City, California, and observed VEHICLE 1 parked near this residence. CHP also observed several other vehicles parked near this residence, including a white Nissan NV cargo van which was later identified as bearing California license plate 9SYE404 (VEHICLE 2), and a grey Kia Forte, which was later identified as bearing California license plate 9ULF326 (VEHICLE 4).

15.     Later at about 9:00am on August 4, 2025, VEHICLE 1 was observed driving in the vicinity of a computer parts and server manufacturer in San Jose, California. VEHICLE 1 loitered in the parking lot of Lowe's Home Improvement which was directly across the street from the manufacturer.

16.     CHP continued the surveillance of VEHICLE 1 and observed VEHICLE 2 and VEHICLE 4 driving the same vicinity as VEHICLE 1 and the manufacturer. CHP also observed a black Honda HRV bearing California license plate 9TYT862 (VEHICLE 3) operating in the vicinity of VEHICLE 2, VEHICLE 4, and the manufacturer. A grey Honda Accord bearing California

4

license plate 9UEY974 ("Accord") was also observed in the vicinity.

17.      At about 2:37pm on August 4, 2025, surveillance observed persons removing the rear license plate of VEHICLE 2 while it was parked in a parking lot in San Jose.  Based on my training and experience, persons using a vehicle for criminal activity will frequently remove or change the license plates on a vehicle prior to the activity, in an effort to conceal their identity.

18.      VEHICLES 1-4 and the Accord were observed congregating in a parking lot in Milpitas, California (about 20 minutes away from San Jose). Surveillance observed persons changing and removing the license plates from additional vehicles while they were in this parking lot.

19.      VEHICLES 1-4 and the Accord departed the parking lot in Milpitas and drove to Fremont, California. At about 3:45pm, surveillance determined that some of the above vehicles had stopped behind a cargo box truck (Victim Truck 1) that was parked along the curb edge of Cushing Parkway, in front of Fremont Chevrolet, 5850 Cushing Parkway, Fremont, California. VEHICLE 2 was parked directly behind Victim Truck 1. Surveillance observed persons exiting from VEHICLE 2, opening the rear cargo area of Victim Truck 1, and removing items from the rear of Victim Truck 1.

20.      CHP and FPD investigators, wearing police markings, and driving a combination of unmarked vehicles and fully marked patrol vehicles, arrived at the location of Victim Truck 1 and detained the persons involved in the theft. CHP took control of VEHICLE 2.

21.      Uncharged co-conspirator 1 was detained and identified on the scene of the incident.

22.      **JOAO** was detained and identified on the scene.

23.      CHP made contact with the proprietors of a nearby business, who advised that a person was hiding on their property. CHP detained and identified this person as **GALO**.

24.      CHP noted a vehicle using its horn while stuck in traffic in the immediate vicinity of the operation and noted that the vehicle was VEHICLE 4. CHP stopped the car.  They detained and identified the driver of VEHICLE 4 as Jennifer **PRADO-FLORES**. CHP had

5

previously determined through its investigation that **PRADO-FLORES** was the girlfriend of **JOHNATHAN**.

25. During the response to the theft, several other vehicles fled the area, including VEHICLE 1, VEHICLE 3, a Kia Sorento, and the Accord.

26. VEHICLE 1 was stopped by FPD while traveling northbound on I-680 in Sunol, California. The sole occupant of VEHICLE 1 was detained and identified as uncharged co-conspirator 2.

27. VEHICLE 1 was searched for inventory on August 5, 2025. CHP located a fanny pack on the passenger seat, which contained a cell phone and a wallet containing identification documents for **GALO**.

28. VEHICLE 3 was stopped by FPD while traveling southbound on I-880 in Fremont, California. The occupants of the vehicle were detained and identified as Cheney **BRAVO**, uncharged co-conspirators 3, 4, and 5, and Cristian **MENDOZA-VALENCIA.**

29. An additional person had fled the area on foot and was last observed running through a neighboring car dealership on Cushing Parkway at 5720 Cushing Parkway, Fremont, California. The person was detained and identified as **JOHNATHAN**.

30. CHP interviewed the driver of the Victim Truck ("Victim Driver"). Victim Driver advised that he was making a pick-up at the car dealership and had briefly parked on the curb and entered the car dealership to ask where to park. The Victim Driver did not know any of the persons detained, and did not give any of those persons permission to enter his truck. The Victim Driver noted that **PRADO-FLORES** looked familiar, and she could have been a person that approached him while he was picking up an earlier shipment in San Jose. This person approached the Victim Driver and told him that her car was broken down and asked for help. The Victim Driver told her that he did not have time to help.

31. CHP noted that the items on the **Victim Truck 1** consisted of: medical supplies; networking equipment, and camera equipment. CHP noted that the theft was stopped while in progress, but that the subjects had already removed items of camera equipment which were

6

found near the rear of the **Victim Truck 1** and inside **VEHICLE 2**. A toolbox with bolt cutters and a drill were also found in **VEHICLE 2**. Based on my training and experience, tools such and bolt cutters and drills are frequently used for burglaries and thefts. A backpack was found on the passenger seat of **VEHICLE 2** which contained **JOHNATHAN**'s driver's license.

32.     Therefore, I believe that the **TARGET PERSONS** were engaged in the **TARGET OFFENSE**, and that the **TARGET PERSONS** and their co-conspirators were in operating or using the above-mentioned vehicles during the time of the cargo theft.

33.     Investigators contacted one of the victim companies who advised that the shipment involved with Victim Truck 1 was destined for Minnesota. Therefore, I believe that the attempted theft involved items in an interstate shipment.

### October 8, 2025, Ohio Robbery

34.     At approximately 12:21 PM on October 6, 2025, the West Chicago Police Department ("WCPD") observed via tracking data that a white Ford arrived at a smart storage business in Chicago. The white Ford entered the gated entrance and remained at this location until approximately 4:05 PM hours.

35.     At approximately 2:54 PM on October 7, 2025, the white Ford departed from the area of Route 83 and Hillside Drive in Bensenville, Illinois. This was in close proximity to multiple logistics companies that ship large volume, high end electronics.

36.     Electronic tracking data revealed the white Ford traveled south on Route 83 to Interstate 55. The white Ford traveled north on I-55 to I-294 where it began traveling southbound. The white Ford proceeded to take I-294 to Interstate 80/90 and began traveling eastbound.

37.     The white Ford continued eastbound driving for several hours. A search of license plate readers systems indicated that multiple additional vehicles suspected of being involved with the TARGET PERSONS crew were moving in a similar pattern, including a black Kia with IL registration #FS91504, a black Honda with IL registration #FM54289 and a gray Volkswagen with IL registration # FM54288 all traveling eastbound into Indiana and Ohio.

7

38.     WCPD contacted Victim Company 2 in Elk Grove Village, IL and inquired if any semi-trucks containing large volume, high end electronics were currently traveling eastbound on 80/90. The company indicated that there were two trucks traveling in that direction with high-end electronics.

39.     WCPD further analyzed tracking data and discovered the white Ford arrived at approximately 10:50 PM on October 7, 2025, at the TA travel center located at 5551 OH-193, Kingsville, Ohio. The white Ford stayed in the parking lot of the travel center for approximately 6 minutes. Based on the GPS location and Google images that WCPD reviewed, it appeared that the white Ford never approached the gas pumps but concentrated its activity in the parking lot where semi-trucks park. The white Ford vehicle departed from the TA Travel Center and began traveling westbound on I-90.

40.     At approximately 12:15 AM on October 8, 2025, WCPD received a call from Victim Company 2. Victim Company 2 advised they were informed a semi-trailer with IL registration #964440 ST parked at the TA Travel Center had been burglarized. The driver advised he parked at the Travel Center and entered the business. The driver inspected his trailer prior to entering the business and observed the lock to be secure. Upon exiting from the travel center, the driver re-examined his trailer and noticed the lock on the trailer had been broken. The driver inspected the contents of his trailer and observed one pallet containing Apple watches was missing from the trailer.

41.     The driver contacted the Ashtabula County Sheriff's Office and reported the burglary. The driver indicated the pallet contained 21 cartons of Apple watches with an approximate value of $100,000.

42.     WCPD noted that the white Ford with IL registration #3915598B continued to drive westbound on I-90. The vehicle continued in this direction for over 5 hours. WCPD further noted the black Kia with IL registration #FS91504, the black Honda with IL registration #FM54289 and the gray Volkswagen with IL registration # FM54288all now traveling westbound into Indiana and Ohio.

8

43.     At 4:59 AM on October 8, 2025, a WCPD detective noted that the white Ford with IL registration #3915598B entered the parking lot of M and J Truck Parking located at 436 W. 25th Place in Chicago.  The white Ford was followed into the lot by the black Kia with IL registration #FS91504 and the gray Volkswagen with IL registration # FM54288.

44.     WCPD and other assisting law enforcement agencies approached the white with IL registration #3915598B, the black Kia with IL registration #FS91504 and gray Volkswagen with IL registration # FM54288 in the parking lot of M and J Truck Parking.  Officers arrived and observed multiple subjects standing beside the identified vehicles.  The subjects fled on foot upon observing the presence of law enforcement.

45.     Eight subjects were taken into custody.

46.     The white Ford with IL registration #3915598B had the side cargo door open and a pallet with multiple boxes were found in the van.  The pallet contained boxes of Apple watches.  A second white GMC Savanna with IL registration #4088146B was observed at this location with cargo doors open.  Located within the GMC was the plastic wrapping from the pallet, empty cardboard boxes and a 23 inch LCD monitor.

47.     Of the eight subjects arrested by WCPD, the following six were also arrested during the August 4, 2025, incident described above: **JOHNATHAN CHAMORRO, GALO CHAMORRO, JENNIFER PRADO-FLORES, JOAO CHAMORRO, CHENEY BRAVO, and CRISTIAN MENDOZA-VALENCIA,** the **"TARGET PERSONS".**

## CONCLUSION

48. Based on the foregoing, I also assert that probable cause exists to believe that the **TARGET PERSONS** were involved in the conspiracy to commit theft of property valued at $1,000 or more from a shipment in interstate or foreign commerce with the intent of converting the property to his own use, in violation of 18 U.S.C. § 371. Accordingly, I respectfully request that the complaint and a warrant for the arrest of **TARGET PERSONS** be issued.

_____/s/Benjamin Fierberg_____
Benjamin Fierberg
Special Agent

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 8 day of October 2025.  This application and warrant are to be filed under seal.

_____
HONORABLE DONNA M. RYU
Chief Magistrate Judge

10

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Jennifer PRADO-FLORES, aka Jennifer CHAMORRO | )<br>)<br>)<br>)<br>)<br>) | Case No. |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jennifer PRADO-FLORES                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment      ❑ Superseding Indictment      ❑ Information      ❑ Superseding Information      ☑ Complaint
❑ Probation Violation Petition      ❑ Supervised Release Violation Petition      ❑ Violation Notice      ❑ Order of the Court

This offense is briefly described as follows:

   18 U.S.C. § 371: Conspiracy to commit theft of interstate or foreign shipment

Date:      10/08/2025

_____
*Issuing officer's signature*

City and state:      Oakland, CA

Hon. Donna M. Ryu, Chief Magistrate Judge
*Printed name and title*

---

**Return**

   This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   Jennifer PRADO-FLORES

Known aliases:   Jennifer CHAMORRO

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   04/08/1989

Social Security number:

Height:                                                  Weight:

Sex:                                                        Race:

Hair:                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: